## SECOND DEPARTMENT, FEBRUARY, 1979

## (February 5, 1979)

■ ASSOCIATION OF EMPLOYING PLUMBING CONTRACTORS OF NASSAU COUNTY, INC., et al., Appellants, v PLAINVIEW VOLUNTEER FIRE DEPARTMENT, INC., et al., Respondents.—In a proceeding pursuant to CPLR article 78 to set aside the award of a construction contract by the respondent Plainview Volunteer Fire Department, Inc., petitioners appeal from a judgment of the Supreme Court, Nassau County, dated April 11, 1977, which, *inter alia,* dismissed the petition. Appeal dismissed as academic, without costs or disbursements. The construction in issue has been completed and paid for. Suozzi, J. P., O'Connor, Gulotta and Cohalan, JJ., concur.